GERTRUDE GREENSPAN et al., Appellants, *v.* WILBUR BERNSTEIN et al., Defendants, and THIRD AVENUE TRANSIT CORPORATION, Respondent.

Submitted January 5, 1948; decided March 5, 1948.

*Harry P. Rich* and *Louis L. Resnick* for appellants.

*Addison B. Scoville* and *James M. O'Neill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., THACHER, DYE and FULD, JJ. Dissenting: LEWIS, CONWAY and DESMOND, JJ., who vote to reinstate the judgment of the Trial Term upon the ground that the questions of negligence and contributory negligence were properly submitted to the jury.